PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GODINEZ,<br><br>Defendant. | CASE NO. 2:23-CR-0161-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>COURT: Hon. Dale A. Drozd<br>TIME: 9:30 AM |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was previously set for status conference on August 29, 2023, before the Honorable John A. Mendez. ECF No. 8. Time has already been excluded until this date.

2. On July 13, 2023, the August 29 status hearing was vacated and the case was reassigned to the Honorable Dale A. Drozd. ECF No. 12.

3. By this stipulation, defendant now moves to set a status conference on September 26, 2023, and to exclude time between August 29, 2023, and September 26, 2023, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

includes over 70 gigabytes of evidence in electronic form, including criminal history documents, phone intercepts and other evidence from multiple Tittle III wiretaps, and search warrants. Much of this discovery is in the Spanish language. All of this discovery is in the process of being produced directly to counsel and has been made available for inspection and copying. Additional discovery is forthcoming.

      b)      Counsel for defendant desires additional time to consult with his client, review the current charges, to conduct research and investigation related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 29, 2023 to September 26, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 21, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated:  August 21, 2023

/s/ JESSE J. GARCIA
JESSE J. GARCIA
Counsel for Defendant
ROBERT GODINEZ

**ORDER**

Pursuant to the stipulation of the parties, this case is now set for status conference before the undersigned on September 26, 2023, at 9:30 a.m. and time is excluded between August 29, 2023, and September 26, 2023, under Local Code T4.

IT IS SO ORDERED.

Dated:   **August 22, 2023**

_____
UNITED STATES DISTRICT JUDGE