PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GODINEZ,<br><br>Defendant. | CASE NO.  2:23-CR-00161-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 13, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on February 13, 2024.  ECF No. 19.

2.      By this stipulation, defendant now moves to continue the status conference until April 16, 2024, and to exclude time between February 13, 2024, and April 16, 2024, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes over 70 gigabytes of evidence in electronic form, including criminal history documents, phone intercepts and other evidence from multiple Tittle III wiretaps, and search warrants.  Much of this discovery is in the Spanish language.

b)      Counsel for defendant desires additional time to consult with his client, review the current charges, to conduct research and investigation related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.  Additionally, counsel for the defendant has expressed he needs additional time because he is working on several homicide cases and has another trial scheduled for April 2, 2024.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 13, 2024 to April 16, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4    IT IS SO STIPULATED.

5

6

7  Dated:  February 7, 2024                              PHILLIP A. TALBERT
                                                        United States Attorney
8

9                                                        /s/ ADRIAN T. KINSELLA
                                                        ADRIAN T. KINSELLA
10                                                       Assistant United States Attorney

11

12  Dated:  February 7, 2024                             /s/ JESSE J. GARCIA

13                                                       JESSE J. GARCIA
                                                        Counsel for Defendant
14                                                       Robert Godinez

15

16

17                                       **ORDER**

18
        Pursuant to the stipulation of the parties and good cause appearing, the status conference
19
   previously scheduled for February 13, 2024, is continued to April 16, 2024, at 9:30 a.m. and time is
20
   excluded between February 13, 2024, and April 16, 2024, under Local Code T4.
21

22      IT IS SO ORDERED.

23  Dated:   **February 8, 2024**               _____
                                                DALE A. DROZD
24                                              UNITED STATES DISTRICT JUDGE

25

26

27

28