PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GODINEZ,<br><br>Defendant. | CASE NO. 2:23-CR-0161-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 11, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 11, 2024. ECF No. 25.

2. By this stipulation, defendant now moves to continue the status conference until September 24, 2024, and to exclude time between June 11, 2024, and September 24, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 98 gigabytes of evidence in electronic form, including criminal history documents, phone intercepts and other evidence from multiple Tittle III wiretaps, and search warrants. Much

of this discovery is in the Spanish language. Much of this doscovery is subject to the protective order filed at ECF No. 22. Additionally, Counsel for Defendant has requested specific discovery. The government is currently in the process of responding to these specific discovery requests.

      b)     Counsel for defendant desires additional time to consult with his client, review the current charges, to conduct research and investigation related to the charges, to review and copy existing and forthcoming discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 11, 2024 to September 24, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 5, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated:  June 5, 2024

/s/ JESSE J. GARCIA
JESSE J. GARCIA
Counsel for Defendant
Robert Godinez

## ORDER

5. Pursuant to the stipulation of the parties and good cause appearing the status conference currently scheduled for June 11, 2024 is continued to September 24, 2024, at 9:30 a.m. and time is excluded between June 11, 2024, and September 24, 2024, under Local Code T4.  No further continuances of the status conference will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated:  **June 5, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4