THOMPSON GARCIA
ATTORNEYS AT LAW
5776 Stoneridge Mall Road, Suite 390
Pleasanton, CA 94588
Telephone: (510) 782-7580/(925) 201-3130
Facsimile: (925) 397-3042
Email: email@thompsongarcialaw.com

JESSE J. GARCIA(SB#61223)
AUSTIN M. THOMPSON (SB#229924)
Attorneys for Defendant, ROBERT GODINEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 2:23-CR-0161-DAD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | TO TRAVEL |
| | ) | |
| ROBERT GODINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ / | ) | |

    Defendant, Robert Godinez, has requested permission to travel to the District of Arizona for his mother's funeral services. Dates being requested are from June 27th, 2024, to July 7, 2024.

    Defendant, Robert Godinez will be driving by truck in a grey metallic dodge ram 1500 (2019 License Plate: 98560M2).  He will be traveling with his brother and sister-in-law and possibly also his son, and will be staying at his parent's house located at 22819 N 195th DR, Buckeye, AZ 85326.

    Assistant United States Attorney, Adrian Kinsella, and United States Pretrial Services Officer, Margarita Zepeda, Carolyn Truong, have been notified of this request to travel on the above-referenced dates and they have no objection to defendant traveling unmonitored until his return home.

| | |
|---|---|
| Dated: June 24, 2024 | /s/JESSE J. GARCIA<br>JESSE J. GARCIA<br>Attorney for Defendant,<br>ROBERT GODINEZ |
| Dated: June 24, 2024 | /s/ADRIAN KINSELLA<br>ADRIAN KINSELLA<br>Assistant United States Attorney<br>Authorized to sign on behalf of Adrian Kinsella on June 24, 2024 |
| Dated: June 24, 2024 | /s/MARGARITA ZEPEDA<br>MARGARITA ZEPEDA<br>Pretrial Services Officer<br>Authorized to sign on behalf of Margarita Zepeda on June 24, 2024 |

THOMPSON GARCIA
ATTORNEYS AT LAW
5776 Stoneridge Mall Road, Suite 390
Pleasanton, CA 94588
Telephone: (510) 782-7580/(925) 201-3130
Facsimile: (925) 397-3042
Email: email@thompsongarcialaw.com

JESSE J. GARCIA(SB#61223)
AUSTIN M. THOMPSON (SB#229924)
Attorneys for Defendant, ROBERT GODINEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 2:23-CR-0161-DAD |
| ) | |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER TO TRAVEL |
| v. ) | |
| ) | |
| ROBERT GODINEZ, ) | |
| ) | |
| Defendant. ) | |
| _____/ ) | |

**IT IS HEREBY ORDERED** that the defendant be permitted to travel unmonitored to District of Arizona for his mother's funeral services from June 27,th 2024 to July 7,th 2024.

Dated: June 26, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE