PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GODINEZ,<br><br>Defendant. | CASE NO. 2:23-CR-0161-DAD<br><br>STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENSE MOTION FOR DISCOVERY; FINDINGS AND ORDER<br><br>DATE: November 12, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On September 24, 2024, during a status conference before this Court, the defense indicated it intended to file a motion for discovery. The Court instructed the parties to litigate the matter before a duty magistrate judge, and set the case for a further status conference on November 12, 2024. ECF No. 30.

2. On October 3, 2024, the defendant filed a motion to compel discovery. ECF No. 31-4. That motion erroneously noticed the discovery motion hearing before the assigned district court judge on November 12, 2024. The parties hereby propose the following briefing schedule, which will allow for a magistrate judge to hear the motion prior to the next status conference.

   a) The government's opposition shall be due on October 22, 2024, and;

      b)      The defendant's reply, if any, shall be due on October 29, 2024.

      c)      The motion hearing will be scheduled before the duty judge on November 8, 2024, at 2:00 p.m.

IT IS SO STIPULATED.

Dated: October 11, 2024                        PHILLIP A. TALBERT  
                                              United States Attorney

                                              /s/ ADRIAN T. KINSELLA  
                                              ADRIAN T. KINSELLA  
                                              Assistant United States Attorney

Dated: October 11, 2024                        /s/ JESSE J. GARCIA  
                                              JESSE J. GARCIA  
                                              Counsel for Defendant  
                                              ROBERT GODINEZ

**ORDER**

IT IS SO ORDERED.

Dated: **October 11, 2024**                        _/s/ Dale A. Drozd_  
                                              DALE A. DROZD  
                                              UNITED STATES DISTRICT JUDGE