THOMPSON GARCIA
ATTORNEYS AT LAW
5776 Stoneridge Mall Road, Suite 390
Pleasanton, CA 94588
Telephone: (510) 782-7580
Facsimile: (925) 3973042
Email: office@thompsongarcialaw.com

JESSE J. GARCIA [CSBN: 61229]
AUSTIN M. THOMPSON [CSBN: 229924]
Attorneys for Defendant,
ROBERT GODINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 2:23-CR-0161-DAD-1 |
| ) | |
| Plaintiff, ) | ORDER TO FILE UNDER SEAL |
| ) | |
| vs. ) | |
| ) | |
| ROBERT GODINEZ, ) | |
| ) | |
| Defendant. ) | |
| _____/ ) | |

**IS HEREBY ORDERED** that the Request to seal Declaration of Defense Counsel in Support of Motion to File Notice of Public Authority Defense Under Rule 12.3 of Federal Rules of Criminal Procedure Under Seal be granted so that the confidential personal information it contains is not available on the public docket. Document Number 38-3, Declaration of Defense Counsel in Support of Motion to File Notice of Public Authority Defense Under Rule 12.3 of Federal Rules of Criminal Procedure Under Seal has been provided to the Court and opposing counsel.

ORDER TO FILE UNDER SEAL
U.S.A. V. ROBERT GODINEZ, CASE NO.: 2:23-CR-0161-DAD-1

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated: **October 30, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER TO FILE UNDER SEAL
U.S.A. V. ROBERT GODINEZ, CASE NO.: 2:23-CR-0161-DAD-1