LAW OFFICES OF THOMPSON GARCIA
5776 Stoneridge Mall Road, Suite 390
Pleasanton, CA 94588
Telephone: (510) 782-7580
Facsimile: (925) 665-1600
Email: office@jessejgarcialaw.com

JESSE J. GARCIA [CSBN: 61229]
Attorneys for Defendant,
ROBERT GODINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 2:23-CR-0161-DAD-1 |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER TO FILE UNDER SEAL |
| vs. | ) | |
| ROBERT GODINEZ, | ) | |
| Defendant. | ) | |

IS HEREBY ORDERED that the Request to seal Defendant's Notice of Opposition to Third Party City of Hayward Police Department's Motion to Quash Subpoena be granted as it contains sensitive information and is not available on the public docket.

Defendant's Notice of Opposition to Third Party City of Hayward Police Department's Motion to Quash Subpoena has been provided to the Court, United States Assistant Attorney, and counsel for Third-Party City of Hayward City Police Department.

These documents shall remain under seal until further Order of the Court.

Dated: March 5, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO FILE UNDER SEAL (NOTICE OF OPPOSITION TO THIRD PARTY'S MOTION TO QUASH)
U.S.A. V. ROBERT GODINEZ, CASE NO.: 2:23-CR-0161-DAD-1