Law Office of Jesse J. Garcia
5776 Stoneridge Mall Road Suite 390
Pleasanton, California 94588
Telephone: 510-782-7580
Facsimile: 925-665-1600
Email: office@jessejgarcialaw.com

Jesse J. Garcia [CSBN: 61229]
Attorney for Defendant
Robert Godinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROBERT GODINEZ,<br><br>　　　　Defendant. | Case No.: 2:23-cr-0161-DAD<br><br>[~~PROPOSED~~] ORDER TO FILE THIRD PARTY CITY OF HAYWARD POLICE DEPARTMENT'S RELPY IN SUPPORT OF MOTION TO QUASH SUBPOENA BY DEFENDANT UNDER SEAL<br><br>FILED UNDER SEAL |

　　　　Based upon Defense Counsel's representation contained in the Defendant's Notice of Request to Seal Documents, IT IS HEREBY ORDERED that the multiple page document and the Defendant's Notice of Request to Seal Documents shall be SEALED until further order of this Court nunc pro tunc.

　　　　It is further ORDERED that access to the sealed documents shall be limited to the City of Hayward and counsel for the defendant to which the documents pertain.

//

//

The Court finds that, for the reasons stated in the Defendant's Notice, sealing Defendant, Robert Godinez's Request to file Third Party City of Hayward Police Department's Reply in Support of Motion to Quash Subpoena by Defendant serves a compelling interest.

The Court further finds that, in the absence of disclosure, the compelling interests identified by the Defendant would be harmed.

In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing that would adequately protect the compelling interests identified by the Defendant.

IT IS SO ORDERED

Dated: March 17, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE