Jesse J. Garcia Attorney at Law
5776 Stoneridge Mall Road #390
Pleasanton, California 94588
Telephone: 510-782-7580
Facsimile: 925-665-1600
Email: office@jessejgarcialaw.com

Jesse J. Garcia (SBN 61223)
Attorney for Defendant
Robert Godinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 2:23-CR-0161-DAD-1 |
|---|---|---|
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| ROBERT GODINEZ, | ) | |
| Defendant. | ) | |

**IS HEREBY ORDERED** that the Request to seal Motion for Discovery is granted in part and denied in part. It is denied as to the Notice of Motion for Discovery which will be filed on the public docket; it is granted to the extent that the Request to Seal, Motion for Discovery, and the Declaration of Counsel in support of the Motion shall all be filed under seal.

Dated: March 27, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO FILE UNDER SEAL MOTION FOR DISCOVERY
U.S.A. V. ROBERT GODINEZ, CASE NO.: 2:23-CR-0161-DAD-1