MICHELE BECKWITH
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GODINEZ,<br><br>Defendant. | CASE NO. 2:23-CR-0161-DAD<br><br>STIPULATION REGARDING CONTINUANCE REQUEST FOR PRETRIAL MOTIONS HEARING; FINDINGS AND ORDER<br><br>DATE: November 8, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, a pretrial motions hearing was scheduled for April 14, 2025. ECF No. 49. On March 17, 2025, the parties submitted a revised stipulation and proposed order requesting to adjust the briefing schedule and continue the pretrial motions hearing to April 21, 2025. ECF No. 61. The Court has since informed the parties it is not available for a hearing on that date. Accordingly, with the exception of the Defendant's motion for discovery, which has been separately calendared before the duty Magistrate Judge on April 21, 2025, at 2:00 pm (ECF No. 76), the parties respectfully request the following adjusted schedule:

| Rule 12 Motions | Filed March 24, 2025 |
|---|---|
| Rule 12 Oppositions | April 21, 2025 |
| Rule 12 Replies | April 28, 2025 |
| Rule 12 Motions Hearing | May 19, 2025 |

2. The parties are not requesting to adjust the trial readiness conference or trial dates.

IT IS SO STIPULATED.

Dated:  April 7, 2025                                          MICHELE BECKWITH
                                                               Acting United States Attorney


                                                               /s/ ADRIAN T. KINSELLA
                                                               ADRIAN T. KINSELLA
                                                               Assistant United States Attorney


Dated:  April 7, 2025                                          /s/ JESSE J. GARCIA
                                                               JESSE J. GARCIA
                                                               Counsel for Defendant
                                                               ROBERT GODINEZ


## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the filing schedule with respect to pretrial motions proposed by the parties is adopted and the hearing on those motions is hereby scheduled for May 19, 2024 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **April 8, 2025**                                      _____
                                                               DALE A. DROZD
                                                               UNITED STATES DISTRICT JUDGE