MICHELE BECKWITH
Acting United States Attorney
ADRIAN T. KINSELLA
JUSTIN L. LEE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>ROBERT GODINEZ,<br><br>              Defendant. | CASE NO. 2:23-CR-0161-DAD<br><br>STIPULATION REGARDING REQUEST FOR TRIAL DATES; FINDINGS AND ORDER<br><br>DATE: June 17, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for a jury trial on June 17, 2025. ECF No. 49. On May 15, 2025, this Court vacated the trial date and set an evidentiary hearing in its place. ECF No. 103. The Court encouraged the parties to coordinate with the Courtroom Deputy regarding new trial confirmation hearing and trial dates.

2. By this stipulation, the parties now, respectfully request the following schedule:

| | |
|---|---|
| Trial Confirmation Hearing | August 4, 2025, at 9:30 a.m. |
| Jury Trial | August 19, 2025, at 9:00 a.m. |

STIPULATION REGARDING REQUEST FOR TRIAL DATES; FINDINGS AND ORDER

1

IT IS SO STIPULATED.

Dated: May 15, 2025                              MICHELE BECKWITH
                                                 Acting United States Attorney


                                                 /s/ ADRIAN T. KINSELLA
                                                 ADRIAN T. KINSELLA
                                                 JUSTIN L. LEE
                                                 Assistant United States Attorneys


Dated: May 15, 2025                              /s/ JESSE J. GARCIA
                                                 JESSE J. GARCIA
                                                 Counsel for Defendant
                                                 ROBERT GODINEZ


**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, this case is now set for jury trial commencing on August 19, 2025 at 9:00 a.m. and for trial confirmation hearing on August 4, 2025, at 9:30 a.m. Time has previously been excluded through the evidentiary hearing now scheduled for June 17, 2025 and that issue will be addressed again at the evidentiary hearing.

IT IS SO ORDERED.

Dated: **May 16, 2025**                          _____
                                                 DALE A. DROZD
                                                 UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING REQUEST FOR TRIAL
DATES; FINDINGS AND ORDER

2