UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GODINEZ,<br><br>Defendant. | No.  2:23-cr-00161-DAD-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING<br><br>(Doc. Nos. 115, 116) |

On September 17, 2025, counsel for defendant Robert Godinez filed a motion and an amended motion to continue defendant's sentencing hearing which is currently scheduled for October 6, 2025.  (Doc. Nos. 115, 116.)  The motion to continue is based upon defense counsel's trial schedule which he asserts has left him with inadequate time to prepare for a sentencing hearing on October 6, 2025 and the fact that the defendant underwent back surgery on September 11, 2025, and has been recommended for a second surgery apparently following his recovery from the first.  (*Id*.)   The defense requests a continuance of the sentencing hearing to a date after November 19, 2025.  The government opposes the motion for the reasons set forth in their written opposition.  (Doc. No. 117.)

While the court agrees with several of the points made by the government in their opposition, it nonetheless finds good cause for requested continuance of the sentencing hearing. **However, no further continuances of the of the sentencing hearing in this case will be**

1

**granted absent a compelling showing of good cause exceeding the cause shown for this requested continuance.** Specifically, the court will not find good cause based upon an assertion that defendant's second surgery has been scheduled for a date prior to the new sentencing date and a claim that due to his recovery from that second surgery defendant is unable to proceed to sentencing.

Accordingly, the sentencing hearing previously scheduled for October 6, 2025 is vacated and the sentencing hearing for defendant Robert Godinez is continued to November 24, 2025 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **September 19, 2025**

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2