Jesse J. Garcia Attorney at Law
5776 Stoneridge Mall Road #390
Pleasanton, California 94588
Telephone: 510-782-7580
Facsimile: 925-665-1600
Email: office@jessejgarcialaw.com

Jesse J. Garcia (SBN 61223)
Attorney for Defendant
Robert Godinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 2:23-CR-0161-DAD-1 |
| | ) | |
| Plaintiff, | ) | ORDER DENYING REQUEST TO FILE |
| | ) | UNDER SEAL DEFENDANT'S SENTENCING |
| vs. | ) | MEMORANDUM |
| | ) | |
| ROBERT GODINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____/ | ) | |

Defendant's request to seal defendant's sentencing memorandum is denied as overbroad. Much of the information set forth in defendant's sentencing memorandum is of the nature typically addressed on the public record at the time of sentencing. In the court's view only one, and at the most two, sections of the sentencing memorandum contain information that could plausibly be the subject of a sealing order. Defendant's counsel is directed to file a sentencing memorandum on the public docket, as is normally the case, and a supplement with a request to seal only those portions of the current memorandum that arguably contain confidential information related to the

ORDER TO FILE UNDER SEAL DEFENDANT'S SENTENCING MEMORANDUM
U.S.A. V. ROBERT GODINEZ, CASE NO.: 2:23-CR-0161-DAD-1

defendant or others.  The court notes that it does not conduct sentencing in secret absent a

compelling showing of the need to do so.

     IT IS SO ORDERED.

Dated:   **November 12, 2025**    *Dale A. Drozd*

                                DALE A. DROZD
                                UNITED STATES DISTRICT JUDGE

ORDER TO FILE UNDER SEAL DEFENDANT'S SENTENCING MEMORANDUM
U.S.A. V. ROBERT GODINEZ, CASE NO.: 2:23-CR-0161-DAD-1