Jesse J. Garcia Attorney at Law
5776 Stoneridge Mall Road #390
Pleasanton, California 94588
Telephone: 510-782-7580
Facsimile: 925-665-1600
Email: office@jessejgarcialaw.com

Jesse J. Garcia (SBN 61223)
Attorney for Defendant
Robert Godinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>ROBERT GODINEZ, )<br>)<br>Defendant. )<br>_____/ ) | CASE NO.: 2:23-CR-0161-DAD-1<br><br>ORDER DENYING REQUEST TO FILE MOTION TO WITHDRAW PLEA UNDER SEAL WITHOUT PREJUDICE |

Defendant's Request to seal his motion to withdraw his plea is denied without prejudice. It is not clear to the court that the motion contains any confidential personal information requiring sealing. Defendant may renew his request for sealing with citation to authority that such information is confidential and qualifies for filing under seal. In the court's experience, the information that the sealing request is aimed at is normally addressed in public filings.

IT IS SO ORDERED.

Dated: **November 12, 2025**   *Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER TO FILE UNDER SEAL MOTION TO WITHDRAW PLEA
U.S.A. V. ROBERT GODINEZ, CASE NO.: 2:23-CR-0161-DAD-1