Jesse J. Garcia Attorney at Law
5776 Stoneridge Mall Road #390
Pleasanton, California 94588
Telephone: 510-782-7580
Facsimile: 925-665-1600
Email: office@jessejgarcialaw.com

Jesse J. Garcia (SBN 61223)
Attorney for Defendant
Robert Godinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:23-CR-0161-DAD-1 |
|---|---|
| Plaintiff, | ORDER TO SEAL DOCUMENTS |
| vs. | |
| ROBERT GODINEZ, | |
| Defendant. | |

Defendant's Request to Seal Documents, *Defendant's Sentencing Memorandum*, is provisionally granted so that the confidential information it contains in some sections thereof is not available on the public docket. However, the court continues to disagree with counsel for defendant that sealing of the entire sentencing memorandum is either necessary or appropriate. The court will address this matter further at the hearing in this case on November 24, 2025, at 9:30 a.m. At this time, defendant's sentencing memorandum shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated:  **November 21, 2025**   *Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE