**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT GODINEZ,**<br><br>Defendant. | CASE NO. 2:23-CR-00161-DAD-1<br><br>**ORDER GRANTING MOTION TO CONTINUE SELF-SURRENDER DATE IN PART AND SETTING HEARING FOR APRIL 13, 2026 AT 9:30 A.M.**<br><br>(Doc. No. 149) |

The Court has considered defendant's Motion to Continue Self-Surrender Date (Doc. No. 149) and the record in this case. The motion indicates that the government opposes the motion, although no written opposition has yet been received. In any event, the court does not find good cause for the granting of defendant's request as presented. Nonetheless, the letter of a Physician Associate/Assistant attached to the motion indicates that the defendant did not undergo lumbar fusion surgery until March 19, 2026, over 3½ months after his December 1, 2025 sentencing and as of March 25, 2026 is "looking at transfer to a rehabilitation facility." (Doc. No. 149-1) Based solely on that representation the court now vacates defendant's April 8, 2026, surrender date. However, the court is setting this case on its calendar of April 13, 2026 at 9:30 a.m. for a status hearing and to set a new surrender date. **Defendant's counsel and defendant Godinez himself are required to appear at that hearing** and his appearance

/////

1

will only be waived by the court based upon a declaration of his treating physician that defendant is physically unable to do so.

Counsel for defendant is advised that the undersigned is not at all convinced by the argument that the request to continue the surrender date 60 days[1] (Doc. No. 149 at 2) is based upon different circumstances than those that previously existed. Rather, in its view, the court made it very clear that it was setting the defendant's surrender date out more than 4 months after sentencing, over the government's objection, specifically to allow the defendant to obtain surgery and recover prior to his April 8. 2026 surrender date and that no further continuances for that purpose would be granted. In the face of that, defendant Godinez delayed scheduling the surgery for 3 ½ months and then has come to the court the week before the surrender date, suggests that he is in a rehabilitation facility and seeks to essentially force the court to further extend the date upon which he must surrender into custody.

IT IS SO ORDERED.

Dated:    **April 3, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The court observes that according to the "Physician Associate/Assistant" the defendant's "*recovery course from multiple spinal surgeries is expected to be prolonged for a period of at least one year, during which time, he will be incapacitated and recovering from these surgeries*." (Doc. No. 149-1.) The evidence currently before the court clearly does not support that stated opinion, which is inconsistent with the defense request to continue the surrender date 60 days.