IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ROBERT GODINEZ,<br>                    Defendant. | CASE NO. 2:23-CR-00161-DAD-1<br><br>ORDER WAIVING DEFENDANT'S APPEARANCE AT THE APRIL 13, 2026 STATUS CONFERENCE |

On April 6, 2026, an order was docketed in this case in which the court reluctantly vacated the defendant's April 8, 2026 surrender date to BOP custody and set the case for a status conference on April 13, 2026, at 9:30 a.m. for the setting of a new surrender date. (Doc. No. 150.) The court also ordered defendant and his appointed counsel on appeal to appear at that hearing. (*Id*.) Since the issuance of that order the undersigned has conferred with Pretrial Services and confirmed that defendant is currently in a rehabilitation facility recuperating from his March 19, 2026 surgery. Accordingly, the court hereby waives defendant's appearance at the April 13, 2026 status conference.

/////

/////

/////

/////

1

Counsel for defendant is directed to appear at the status conference and is advised that the undersigned remains unconvinced by the argument that defendant's surrender date should be extended by 60 days or longer.

IT IS SO ORDERED.

Dated:    **April 8, 2026**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE