**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 202B
Sacramento, CA 95811
Telephone:   (916) 504-3931
Facsimile:   (916) 447-2988

Attorney for Defendant
ROBERT GODINEZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00161-DAD |
| Plaintiff, | |
| v. | **ORDER RE REQUEST TO FILE EXHIBITS A THROUGH E UNDER SEAL** |
| ROBERT GODINEZ, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in defendant's Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, Exhibits A through E of the Defendant's Supplemental Brief Re: Motion to Continue Self-Surrender Date—to wit, the medical records ofdefendant Robert Godinez – shall be sealed under further order of this court.

IT IS SO ORDERED.

Dated:   **May 7, 2026**                    _____
                                           DALE A. DROZD
                                           UNITED STATES DISTRICT JUDGE

1