**ERIN J. RADEKIN, SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
ROBERT GODINEZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**ROBERT GODINEZ,**<br>Defendant. | CASE NO. 2:23-CR-00161-DAD<br>**ORDER RE MOTION TO RELEASE SEALED TRANSCRIPTS** |

GOOD CAUSE HAVING BEEN SHOWN it is hereby ordered that the transcripts of the in camera proceedings on, on November 8, 2024, ECF No. 48, and, March 17, 2025, ECF No. 64, be released to defendant's counsel of record on appeal, Erin J. Radekin, upon filing of a transcript request for those proceedings pursuant to this court's procedures and payment for preparation of the transcripts to the court reporters. That transcript otherwise remains sealed for all purposes absent further order of the court.

IT IS SO ORDERED.

Dated: **July 13, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE