**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
ROBERT GODINEZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**ROBERT GODINEZ,**<br>Defendant. | CASE NO. 2:23-CR-00161-DAD<br><br>**ORDER RE REQUEST TO FILE EXHIBITS A THROUGH D UNDER SEAL** |

Pursuant to Local Rule 141(b) and based upon the representation contained in defendant's Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, Exhibits A through D of the Defendant's Supplemental Status Report—to wit, the medical records of defendant Robert Godinez – shall be sealed under seal pending further order of this court.

IT IS SO ORDERED.

Dated: **July 20, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE