**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
ROBERT GODINEZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **ROBERT GODINEZ,** Defendant. | CASE NO. 2:23-CR-00161-DAD-1<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Current Date: August 10, 2026<br>Current Time: 9:30 a.m.<br>Courtroom: 4 |

Plaintiff United States of America, by and through Assistant United States Attorney Adrian Kinsella, and defendant Robert Godinez, by and through counsel Erin J. Radekin, stipulate and respectfully request that the status conference presently set for August 10, 2026, be continued to October 5, 2026, at 9:30 a.m.

Good cause exists for the requested continuance. Defense counsel is experiencing an unexpected and ongoing family emergency following the extremely premature birth of her grandson in London. The infant remains hospitalized, his condition is evolving, and counsel may need to travel to London on short notice depending on medical developments. Counsel also has a previously scheduled medical appointment on August 10 that cannot readily be rescheduled. These circumstances prevent counsel from reliably preparing for and appearing at the August 10 status conference.

Mr. Godinez underwent the cervical spine surgery described in his July 20, 2026 supplemental status report and remains in recovery. The government has submitted the medical materials provided by the defense to its Bureau of Prisons contact. While the government expects a response concerning those materials in time for the August 10th hearing, continuing the status conference will allow that process and Mr. Godinez's postoperative recovery to progress before the parties report to the Court.

The government agrees to this continuance based solely on defense counsel's family emergency and scheduling circumstances. The stipulation does not alter or waive the government's previously stated position that this matter, including Mr. Godinez's surrender, should proceed promptly, and it does not constitute government agreement to any further continuance based on Mr. Godinez's circumstances.

The parties have confirmed with the Courtroom Deputy that October 5, 2026, is available on the Court's calendar. Accordingly, the parties respectfully request that the Court continue the August 10, 2026 status conference to October 5, 2026, at 9:30 a.m.

Dated: August 5, 2026

Respectfully submitted,

/s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
ROBERT GODINEZ

ERIC GRANT
United States Attorney

/s/ Adrian Kinsella (authorized)
ADRIAN KINSELLA
Assistant United States Attorney
Attorney for Plaintiff

/ / /

**ORDER**

For good cause shown and pursuant to the parties' stipulation, the status conference presently set for August 10, 2026, at 9:30 a.m. is CONTINUED to October 5, 2026, at 9:30 a.m. in Courtroom 4 before District Judge Dale A. Drozd.

This continuance is granted based on defense counsel's circumstances and does not resolve any request concerning Mr. Godinez's surrender date or any further continuance based on his circumstances.

IT IS SO ORDERED.

Dated: **August 5, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

**When Not All Case Participants are Registered for the CM/ECF System**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the District Court for the Eastern District of California by using the CM/ECF system on August 5, 2026. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have provided the foregoing document to the following non-CM/ECF participants:

ROBERT GODINEZ

[x] Via Email

/s/ Melissa Amanda Trinidad
Melissa Amanda Trindad