**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 202B
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
ROBERT GODINEZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**ROBERT GODINEZ,**<br>Defendant. | CASE NO. 2:23-CR-00161-DAD<br><br>**ORDER RE: REQUEST TO FILE EXHIBITS A THROUGH D IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL STATUS REPORT REGARDING MEDICAL CONDITION AND SURRENDER UNDER SEAL** |

The Court has considered defendant Robert Godinez's request to seal Exhibits A through D supporting his Supplemental Status Report Regarding Medical Condition and Surrender. The exhibits contain sensitive medical information concerning his surgeries, postoperative recovery, functional limitations, medications, and rehabilitation. The Court finds that protecting this detailed medical information warrants sealing and that the request is narrowly tailored. Redaction of the clinical information throughout the exhibits would substantially impair their usefulness in evaluating defendant's condition and continuing care needs.

Accordingly, defendant's request is GRANTED. Exhibits A through D supporting the supplemental status report shall be filed under seal and shall remain under seal until further order of the Court. Access is permitted to the Court, authorized court personnel, defendant and

his counsel, and counsel for the United States. Government counsel may provide copies to Bureau of Prisons personnel as necessary to evaluate defendant's medical needs and coordinate care.

Only Exhibits A through D are authorized to be sealed. The supplemental status report and Notice of Request to Seal Documents shall remain publicly available.

IT IS SO ORDERED.

Dated: **October 23, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE