ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT GODINEZ,<br>Defendant. | CASE NO. 2:23-CR-0161-DAD<br><br>STIPULATION REQUESTING CONTINUANCE OF FURTHER STATUS HEARING REGARDING SURRENDER DATE<br><br>DATE: November 2, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, a further status hearing regarding the surrender date was scheduled for November 2, 2026. ECF No. 182.

2. On October 20, 2026, counsel for defendant provided the government with medical records for the defendant. The government's response was due October 27, 2026. *Id.*

3. The government has represented that it has shared these documents with its contacts at the Bureau of Prisons (BOP). The BOP has requested additional time to review these records and to supplement its prior letter to the Court on this issue.

4. The parties has met and conferred, and request that the Court continue the hearing to November 23, 2026, and continue the government's deadline to November 16, 2026.

IT IS SO STIPULATED.

Dated: October 30, 2026

ERIC GRANT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: October 30, 2026

/s/ ERIN RADEKIN
ERIN RADEKIN
Counsel for Defendant
ROBERT GODINEZ

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status hearing previously scheduled for November 2, 2026, in this case is continued to November 23, 2026. The government's response is now due November 16, 2026.

IT IS SO ORDERED.

Dated: **October 30, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE